ERIC D. HOUSER (SBN 130079)  **MADE JS-6**
LUKASZ I. WOZNIAK (SBN 246329)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
Email: lwozniak@houser-law.com

Attorneys for Defendant,
BARCLAYS CAPITAL REAL ESTATE INC. DBA HOMEQ SERVICING,
erroneously sued herein as HOME EQUITY SERVICING

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANTE RODRIGUEZ SOLIVEN, | ) Case No.: CV09-4092 GW (VBKx) |
| Plaintiff, | ) Hon. George H. Wu |
| v. | ) |
| | ) **JUDGMENT OF DISMISSAL** |
| REGIONAL SERVICE CORPORATION, REGIONAL TRUSTEE SERVICES CORPORATION, HOME EQUITY SERVICING, TRUST HOLDING SERVICE CO. and DOES 1 through 50. | ) Action Filed: March 4, 2009 ) Trial Date: None |
| Defendants. | ) |

## JUDGMENT OF DISMISSAL

On August 3, 2009, the Court, having read and considered the papers presented by the parties, and the arguments of counsel issued its ruling on BARCLAYS CAPITAL REAL ESTATE INC. DBA HOMEQ SERVICING, erroneously sued herein as HOME EQUITY SERVICING's ("HomEq") Motion to Dismiss Plaintiff's Complaint. The Honorable George H. Wu, United States

1  District Judge was presiding.  The Court ruled as follows:  the Court granted
2  HomEq's Motion to Dismiss in its entirety with leave to amend.  The amended
3  pleading was to be filed by August 17, 2009.

4  As of August/September ___, 2009, which is after the time allotted for
5  plaintiff to amend his complaint, no amended complaint has been filed.  Good
6  cause appearing therefore:

7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

8  Plaintiff's entire Complaint and this action against BARCLAYS CAPITAL
9  REAL ESTATE INC. DBA HOMEQ SERVICING, erroneously sued herein as
10 HOME EQUITY SERVICING is DISMISSED with / without prejudice.

11 **IT IS SO ORDERED.**

12 DATED:  August 31, 2009            _____
13                                      HON. GEORGE H. WU
14                                      UNITED STATES DISTRICT JUDGE